# Exhibit 1

| Original - Court | 2nd copy - Plaintiff |
| 1st copy - Defendant | 3rd copy - Return |

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT COUNTY PROBATE | SUMMONS | CASE NO. 21-01129GCD |

Court tele...

STACIA BUCHANAN (517) 483-...

20... Way # 1 Howell, MI 488433

**Plaintiff** ...address(es), and telephone no(s).
Byr... ...enoyer

v

**Defendant's name(s), address(es), and telephone no(s).**
Trans Union LLC
RA: The Prentice-Hall Corporation System
601 Abbot Road East Lansing, MI 48823

Arbor Professional Solutions, Inc.
R/A: Robert J. Barden
2090 South Main Street
Ann Arbor MI 48103

...'s attorney, bar no., address, and telephone no.
ART SCHWARTZ (P70335)
142 West Nine Mile Rd.
...field, MI 48033
...

Instructions: Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. Attached is a completed case inventory (form MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4)
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.    **SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified.
1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date 4/30/2021 | Expiration date* 7/30/2021 | Court clerk [signature] |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (1/19) **SUMMONS**    MCR 1.109(D), MCR 2.102(B), MCR 2.104, MCR 2.105



STATE OF MICHIGAN
IN THE 54-A DISTRICT COURT

BYRON WILLIAM PENOYER,

    Plaintiff,

                                    **DEMAND FOR JURY TRIAL**

                                    **Case No.**       -cz

TRANS UNION, LLC,
a foreign limited liability company, and
ARBOR PROFESSIONAL SOLUTIONS, INC.,
a domestic corporation,

    Defendants.
_____/

CARL SCHWARTZ (P70335)
GARY HANSZ (P44956)
CREDIT REPAIR LAWYERS OF AMERICA
Attorneys for Plaintiff
22142 West Nine Mile Road
Southfield, MI 48033
Phone (248) 353-2882
Fax (248) 353-4840
Email – carl@crlam.com
         Gary.hansz@crlam.com
_____/



## COMPLAINT AND JURY DEMAND

**NOW COMES THE PLAINTIFF, BYRON WILLIAM PENOYER, THROUGH COUNSEL, CARL SCHWARTZ AND GARY HANSZ,** and for his Complaint against the Defendants, pleads as follows:

1

There is no other pending or resolved civil action arising out of the transaction or occurrence alleged in the complaint.

## VENUE

1. The transactions and occurrences which give rise to this action occurred in the City of Lansing, Ingham County, Michigan.

2. Venue is proper in 54-A District Court, Ingham, Michigan as the actions and occurrences recited herein occurred in the City of Lansing, Ingham County, Michigan.

3. The amount in controversy is less than twenty-five thousand dollars ($25,000.00) exclusive of costs, interest and attorney's fees.

## PARTIES

4. Plaintiff is a natural person residing in the City of Lansing, Ingham County, Michigan.

5. The Defendants to this lawsuit are:

    a. Trans Union, LLC ("Trans Union") is a foreign limited liability company that conducts business in the State of Michigan; and

    b. Arbor Professional Solutions, Inc. ("APSI") is a domestic corporation that conducts business in the State of Michigan.

2



## GENERAL ALLEGATIONS



6. APSI is inaccurately reporting its tradeline ("Errant Tradeline") on Plaintiff's Trans Union credit disclosure with an erroneous notation of "account in dispute."

7. Plaintiff no longer disputes the Errant Tradeline.

8. On June 9, 2020, Plaintiff obtained his Trans Union credit disclosure and noticed the Errant Tradeline reporting with a notation of "account in dispute."



9. On or about August 26, 2020, Plaintiff submitted a letter to Trans Union stating that he no longer disputes the Errant Tradeline and requesting the credit bureau to remove the notation of "account in dispute."

10. Trans Union forwarded Plaintiff's consumer dispute to APSI. APSI received Plaintiff's consumer dispute from Trans Union.

11. On October 23, 2020, Plaintiff obtained his Trans Union credit disclosure, which showed that Trans Union and APSI failed or refused to remove the notation of "account in dispute."



12. Defendant's failure to remove the erroneous notation of "account in dispute" makes the tradeline false and misleading to any user of the credit report. It also damages the Plaintiff by preventing her from obtaining any mortgage loan or refinancing of the same as no conventional lender will grant a

mortgage based on any credit report that has any tradeline or other item flagged as disputed.

13. As a direct and proximate cause of the Defendants' negligent and/or willful failure to comply with the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, Plaintiff has suffered credit and emotional damages. Plaintiff has also experienced undue stress and anxiety due to Defendants' failure to correct the errors in his credit file or improve his financial situation by obtaining new or more favorable credit terms as a result of the Defendants' violations of the FCRA.

## COUNT I

## NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY APSI

14. Plaintiff realleges the above paragraphs as if recited verbatim.

15. After being informed by Trans Union of Plaintiff's consumer dispute to the Errant Tradeline with the erroneous notation, APSI negligently failed to conduct a proper reinvestigation of Plaintiff's dispute as required by 15 USC 1681s-2(b).

16. APSI negligently failed to review all relevant information available to it and provided by Trans Union in conducting its reinvestigation as required by 15 USC 1681s-2(b). Specifically, it failed to direct Trans Union to remove the erroneous notation of "account in dispute."

4

17. The Errant Tradeline is inaccurate and creating a misleading impression on Plaintiff's consumer credit file with Trans Union to which it is reporting such tradeline.

18. As a direct and proximate cause of APSI's negligent failure to perform its duties under the FCRA, Plaintiff has suffered damages, mental anguish, suffering, humiliation and embarrassment.

19. APSI is liable to Plaintiff by reason of its violations of the FCRA in an amount to be determined by the trier of fact together with reasonable attorneys' fees pursuant to 15 USC 1681o.

20. Plaintiff has a private right of action to assert claims against APSI arising under 15 USC 1681s-2(b).

**WHEREFORE, PLAINTIFF PRAYS** that this court grant him a judgment against the Defendant APSI for damages, costs, interest and attorneys' fees in the amount of less than twenty-five thousand dollars ($25,000.00) exclusive of costs, interest and attorney's fees.

## COUNT II

### WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY APSI

21. Plaintiff realleges the above paragraphs as if recited verbatim.





22. After being informed by Trans Union that Plaintiff disputed the accuracy of the information it was providing, APSI willfully failed to conduct a proper reinvestigation of Plaintiff's dispute.

23. APSI willfully failed to review all relevant information available to it and provided by Trans Union as required by 15 USC 1681s-2(b).

24. As a direct and proximate cause of APSI's willful failure to perform its respective duties under the FCRA, Plaintiff has suffered damages, mental anguish, suffering, humiliation and embarrassment.

25. APSI is liable to Plaintiff for either statutory damages or actual damages he has sustained by reason of its violations of the FCRA in an amount to be determined by the trier of fact, together with an award of punitive damages in the amount to be determined by the trier of fact, as well as for reasonable attorneys' fees and costs he may recover therefore pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant him a judgment against APSI for the greater of statutory or actual damages, plus punitive damages, along with costs, interest and attorneys' fees in the amount of less than twenty-five thousand dollars ($25,000.00) exclusive of costs, interest and attorney's fees.



6

## COUNT III

## NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY TRANS UNION

26. Plaintiff realleges the above paragraphs as if recited verbatim.

27. Defendant Trans Union prepared, compiled, issued, assembled, transferred, published and otherwise reproduced consumer reports regarding Plaintiff as that term is defined in 15 USC 1681a.

28. Such reports contained information about Plaintiff that was false, misleading and inaccurate.

29. Trans Union negligently failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Plaintiff, in violation of 15 USC 1681e(b).

30. After receiving Plaintiff's consumer dispute to the Errant Tradeline, Trans Union negligently failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

31. As a direct and proximate cause of Trans Union's negligent failure to perform its duties under the FCRA, Plaintiff has suffered actual damages, mental anguish and suffering, humiliation and embarrassment.

7



32. Trans Union is liable to Plaintiff by reason of its violation of the FCRA in an amount to be determined by the trier of fact together with his reasonable attorneys' fees pursuant to 15 USC 1681o.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant him a judgment against Trans Union for actual damages, costs, interest and attorneys' fees in the amount of less than twenty-five thousand dollars ($25,000.00) exclusive of costs, interest and attorney's fees.

### COUNT IV

### WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY TRANS UNION

33. Plaintiff realleges the above paragraphs as if recited verbatim.

34. Defendant Trans Union prepared, compiled, issued, assembled, transferred, published and otherwise reproduced consumer reports regarding Plaintiff as that term is defined in 15 USC 1681a.

35. Such reports contained information about Plaintiff that was false, misleading and inaccurate.

36. Trans Union willfully failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information that it reported to one or more third parties pertaining to Plaintiff, in violation of 15 USC 1681e(b).

8

37. After receiving Plaintiff's consumer dispute to the Errant Tradeline, Trans Union willfully failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

38. As a direct and proximate cause of Trans Union's willful failure to perform its duties under the FCRA, Plaintiff has suffered actual damages, mental anguish and suffering, humiliation and embarrassment.

39. Trans Union is liable to Plaintiff by reason of its violations of the FCRA in an amount to be determined by the trier of fact together with his reasonable attorneys' fees pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant him a judgment against Defendant Trans Union for the greater of statutory or actual damages, plus punitive damages along with costs, interest and reasonable attorneys' fees in the amount of less than twenty-five thousand dollars ($25,000.00) exclusive of costs, interest and attorney's fees.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury in this action.

9





              Respectfully submitted,

Dated: April 16, 2021     /s/Carl Schwartz
              CARL SCHWARTZ (P70335)
              GARY HANSZ (P44956)
              CREDIT REPAIR LAWYERS OF AMERICA
              Attorneys for Plaintiff
              22142 West Nine Mile Road
              Southfield, MI 48033
              (248) 353-2882
              Fax (248) 353-4840
              Email – carl@crlam.com
                 Gary.hansz@crlam.com

| SUMMONS |
|---|
| Case No. |

**PROOF OF SERVICE**

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

**CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE**

| ☐ OFFICER CERTIFICATE | OR | ☐ AFFIDAVIT OF PROCESS SERVER |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that   (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that:   (notarization required) |

☐ I served personally a copy of the summons and complaint.
☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with _____
List all documents served with the summons and complaint

_____ on the defendant(s)

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled Fee $ | | Signature |
|---|---|---|---|
| Incorrect address fee $ | Miles traveled Fee $ | TOTAL FEE $ | Name (type or print) |
| | | | Title |

Subscribed and sworn to before me on _____ , _____ County, Michigan
                                         Date

My commission expires: _____   Signature: _____
                         Date                              Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of the summons and complaint, together with _____
                                                                                            Attachments

_____ on _____
                                      Day, date, time

_____ on behalf of _____
Signature

| SUMMONS |
|---|
| Case No. |

**PROOF OF SERVICE**

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

**CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE**

| ☐ OFFICER CERTIFICATE | OR | ☐ AFFIDAVIT OF PROCESS SERVER |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required) |

☐ I served personally a copy of the summons and complaint.
☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with _____
List all documents served with the summons and complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled Fee $ | | Signature |
|---|---|---|---|
| Incorrect address fee $ | Miles traveled Fee $ | TOTAL FEE $ | Name (type or print) |
| | | | Title |

Subscribed and sworn to before me on _____, _____ County, Michigan
                                        Date

My commission expires: _____ Signature: _____
                        Date                                Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of the summons and complaint, together with _____
                                                                                        Attachments

_____ on _____
                            Day, date, time

_____ on behalf of _____

Signature